THOMAS A. MOOREHEAD, Respondent, *v.* ALBERT M. VAN DYKE, Appellant.

*Moorehead* v. *Van Dyke,* 114 App. Div. 917, affirmed.
(Argued June 7, 1907; decided October 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 2, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover commissions alleged to have been earned by plaintiff in procuring a purchaser for certain real property of defendant.

*William E. Gowdey* for appellant.

*Henry Escher, Jr.,* and *George F. Elliott* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT and HISCOCK, JJ. Absent: HAIGHT, J.